**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ROBERT AND FREDRENA HILLIARD** *

    **Plaintiffs,**               *

                                               **Case No.:  8:20-cv-00019-TJS**

**v.**                          *

**VIVINT SOLAR, a/k/a**         *
**VIVINT SOLAR DEVELOPER, LLC**

                                             *

    **Defendant**                      *

*    *    *    *    *    *    *    *    *    *    *    *    *

**DEFENDANT'S RESPONSE TO THE COURT'S**
**JANUARY 6, 2020 STANDING ORDER CONCERNING REMOVAL**

    COMES NOW Defendant Vivint Solar Developer, LLC ("Vivint" or "Defendant")(improperly identified in the Amended Complaint as "Vivint Solar a/k/a Vivint Solar Developer, LLC"), by and through by and through Katherine Yoder, Esquire, and in response to the Court's January 6, 2019 Standing Order Concerning Removal, state as follows:

    1.    Defendant Vivint Solar Developer, LLC was served with a copy of the Summons and Complaint on or about December 6, 2019.

    2.    This action is predicated upon diversity jurisdiction.  Defendant Vivint Solar Developer, LLC is a Utah Corporation.

    3.    Removal of this matter was effectuated on or about January 3, 2020, within thirty (30) days of service on December 6, 2019.

    4.    This lawsuit was filed in the Circuit Court for Prince George's County, Maryland on or about August 26, 2019.  Removal of this action occurred on or about January 3, 2020, well within one year from the commencement of the action.

5.      Vivint Solar Developer, LLC is the only defendant in this action.

6.      Defendant Vivint Solar Developer, LLC filed its Corporate Disclosure Statement

pursuant to Local Rule 103.3 (D. Md.) on or about January 3, 2020.

Dated:  January 17, 2020.

**Respectfully submitted,**

**BONNER KIERNAN TREBACH & CROCIATA, LLP**


Katherine B. Yoder, Esquire (Bar No. 30068)
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
kyoder@bonnerkiernan.com

***Attorneys for Defendant***
***VIVINT SOLAR DEVELOPER, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, a copy of the foregoing

Response to the Court's Standing Order Concerning Removal was electronically filed and served

upon:

> John T. Everett, Esq.
> ChasenBoscolo
> 7852 Walker Drive, Suite 300
> Greenbelt, Maryland 20770
>
> *Attorneys for Plaintiff*

Katherine B. Yoder (Bar No. 30068)

3