**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE
MDD_TJSchambers@mdd.uscourts.gov

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770
(301) 344-3593

February 11, 2020

LETTER TO COUNSEL

    Re:    *Robert Hilliard, et al. v. Vivint, Inc., et al.*
              Case No. TJS-20-0019

Dear Counsel:

    The above-referenced case was assigned to me for all proceedings, pursuant to 28 U.S.C. § 636(c) and Local Rule 301.4, on January 21, 2020. (ECF No. 18.)

    A scheduling order will be entered separately. Any requests to modify the scheduling order must be made on or before February 21, 2020. Thereafter, the schedule will not be changed except for good cause. The deadline for the completion of discovery and the submission of a joint status report is June 22, 2020.

    As you proceed with discovery, please feel free to contact my chambers if I may be of assistance. After the resolution of any dispositive pretrial motions, I will contact you regarding a trial date and related scheduling, if appropriate at that time. Finally, please note that my initials, as listed above, should be used on all further correspondence and filings with the Court.

    Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

                                                     Very truly yours,

                                                     /s/
                                               Timothy J. Sullivan
                                             United States Magistrate Judge